# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

Robert P. Young, Jr.,
Chief Justice

144963

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 144963
COA: 293334
Wayne CC: 08-012075-01-FH

KEVIN HARDGES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

h0927